1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2744



FILED
AUG 21 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE: DESTRUCTION OF      )   Mag No. 2:06-SW-0213 DAD
MARIJUANA PLANTS           )
                           )
                           )   ORDER GRANTING
                           )   EX PARTE MOTION FOR
                           )   DESTRUCTION ORDER
                           )

The Court having received, read, and considered the United States of America's ex parte motion for a court order allowing the destruction of marijuana plants seized pursuant to the captioned search warrant, and good cause appearing therefrom,

It is hereby ordered that the motion is GRANTED, and that the Government may destroy the 98 marijuana plants seized on August 16, 2006, from 761 Magnolia Road, Marysville, California.

IT IS SO ORDERED.

DATED: 8/17/06

_____
HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE